Argued and submitted June 25, 2007, reversed and remanded May 28, 2008

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## SABRINA JOY WAIGHT,
*Defendant-Appellant.*

Marion County Circuit Court
04C50644; A127984

189 P3d 28

Anne Fujita Munsey, Senior Deputy Public Defender, argued the cause for appellant. With her on the brief were Peter A. Ozanne, Executive Director, and Peter Gartlan, Chief Defender, Legal Services Division, Office of Public Defense Services.

Timothy Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Edmonds, Presiding Judge, and Wollheim, Judge, and Sercombe, Judge.

PER CURIAM

**PER CURIAM**

This is a companion case to *State v. Goodall*, 219 Or App 325, 183 P3d 199 (2008). Defendant and Goodall resided in the same home; defendant's and Goodall's cases were consolidated for trial. Defendant raises two assignments of error. We reverse and remand on the first assignment and, therefore, do not reach the second assignment.

In her first assignment of error, defendant argues that the trial court erred in denying her motion to suppress evidence found during a warrantless search of her home. In *Goodall*, 219 Or App at 336, we held that the trial court erred in denying the defendant's motion to suppress evidence. For the reasons expressed in *Goodall*, the trial court also erred in denying defendant's motion to suppress evidence.

Reversed and remanded.